IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CT-3157-FL

| | |
|---|---|
| KEITH BAYSEAM OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DALE BUTLER, SHERIFF DONNIE ) | |
| HARRISON, and LIEUTENANT HEIDI ) | |
| STEINBECK, ) | |
| ) | |
| Defendants. ) | |

The matter is before the court on plaintiff's motion to enter exhibit Z (DE 44), motions for leave to enter evidence (DE 51, 54, 59, 64, 68), and motions to compel (DE 53, 60). The issues raised are ripe for adjudication.

The court begins with plaintiff's motions seeking an order from this court compelling defendants to respond to his discovery requests and his motion to enter exhibit Z in support of his motion to compel. Subsequent to the filing of plaintiff's motions to compel, defendants filed a motion for an extension of time to respond to plaintiff's discovery requests, which this court granted on September 13, 2013. Based upon the foregoing, plaintiff's motions to compel are DENIED without prejudice as premature. Accordingly, plaintiff's motion to enter exhibit Z in support of his motion to compel is DENIED as moot.

The court now turns to plaintiff's motions seeking leave to enter evidence. In support of these motions, plaintiff attaches various memorandum regarding his claims. As previously explained to plaintiff in the court's August 1, 2013, order, to the extent plaintiff through these filings

seeks to amend his complaint, he must file a motion for leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15. To the extent plaintiff seeks to include evidence to support his claim, he must do so in support or defense of a properly filed motion for summary judgment. Based upon the foregoing, plaintiff's motions to enter evidence are DENIED. As stated in the court's August 1, 2013, order plaintiff again is cautioned that unnecessary filings hinder rather than assist the court, and plaintiff is discouraged from engaging in such conduct.

In summary, plaintiff's motions to compel (DE 53, 60) are DENIED as premature, and plaintiff's motion to enter exhibit Z (DE 44) is DENIED as MOOT. Finally, plaintiff's motions for leave to enter evidence (DE 51, 54, 59, 64, 68) are DENIED.

SO ORDERED, this the 26th day of September, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge